UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ROGER FOULK,

Plaintiff,

v.

HUNT & HENRIQUES, LLP, *et al.*,

Defendants.

Case No. 2:26-cv-2373-DJC-JDP (PS)

ORDER

Plaintiff has filed a for an extension of time to serve defendant Hunt & Henriques, LLP. ECF No. 15. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 15, is GRANTED; and
2. Plaintiff is granted until November 4, 2026 to serve defendant Hunt & Henriques, LLP.

IT IS SO ORDERED.

Dated: October 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE